## WILLIAMSON NASH CO. et al. v. HUNT.

Court of Appeals of Kentucky.

(Decided May 3, 1932.)

W. G. W. RIDDLE for movant.

J. C. CANTRELL, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## MONOHAN et al. v. CRAWFORD.

Court of Appeals of Kentucky.

(Decided May 10, 1932.)

FAUREST & FAUREST for movant.

ALLEN P. CUBBAGE and CHESTER O. CARRIER, opposed.

Appeal denied; judgment affirmed.

PER CURIAM.

## MONOHAN et al. v. DUGGINS.

(Decided May 10, 1932.)

Court of Appeals of Kentucky.

FAUREST & FAUREST for movant.

L. V. MATTINGLY, opposed.

Appeal denied; judgment affirmed.

PER CURIAM.